IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. CIV-12-0298-C |
| | ) |
| LIEUTENANT ROGERS, | ) |
| | ) |
| Defendant. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on September 28, 2012.  The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.  Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 11) is adopted and Plaintiff's civil rights complaint is dismissed without prejudice.  A judgment shall enter accordingly.

IT IS SO ORDERED this 31st day of October, 2012.

ROBIN J. CAUTHRON
United States District Judge