IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ERIC WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-12-0298-C |
| | ) | |
| LIEUTENANT ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B).  Judge Roberts entered a Report and Recommendation on September 28, 2012.  Plaintiff has filed an objection, which will be considered timely as a request for extension of time is pending.  The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again.  In his objection, Plaintiff merely restates the factual assertions in his Complaint, but argues no issue of fact or law not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, and Plaintiff's civil rights complaint is dismissed without prejudice.  The Motion to Extend time is MOOT.

IT IS SO ORDERED this 20th day of December, 2012.

ROBIN J. CAUTHRON
United States District Judge